UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In re:   Francis Rayner
         Terri Rayner                              :   Chapter 13

              Debtors                              :   No:  19 – 14659


CERTIFICATE OF SERVICE

And Now, comes Michael T. Malarick, Esq., counsel for debtors, Francis and Terri Rayner, and certifies that he served the attached Response to Amended Motion to Dismiss on the following parties:

Chapter 13 Standing Trustee (via electronic notice)
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105


01/20/2020

                                        Michael T. Malarick, Esq.
                                        Attorney for Debtor