# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Francis Rayner / Terri Rayner**, Debtor(s)

Case No. **19-14659**
Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on ___, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **January 25, 2020**    Signature **/s/ Francis Rayner**
**Francis Rayner**
Debtor

Date **January 25, 2020**    Signature **/s/ Terri Rayner**
**Terri Rayner**
Joint Debtor

Attorney  **/s/ Michael T. Malarick, Esq**
**Michael T. Malarick, Esq**

**Michael T. Malarick, Esq. PC**
**2211 Chichester Avenue**
**Boothwyn, PA 19061**
**610-715-9960**
**Fax: 610-561-5967**
**michael@malaricklaw.com**