United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-14659-mdc
Francis Rayner                                                  Chapter 13
Terri Rayner
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD            Page 1 of 2               Date Rcvd: Jan 28, 2020
                              Form ID: 210U             Total Noticed: 31
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db/jdb         +Francis Rayner,    Terri Rayner,    136 Willowbrook Rd,    Clifton Heights, PA 19018-2511
cr             +MIDFIRST BANK,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14362916       +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
14362919       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14362920       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14362921       +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14362922       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14376019       +MIDFIRST BANK,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14390190       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14362923       +Midland Mortgage Co.,    Attn: Cutomer Service/Bankruptcy,    P.O. Box 26648,
                 Oklahoma City, OK 73126-0648
14370069       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14365248       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14374702        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
14362924       +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2020 03:13:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 29 2020 03:14:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14362918        E-mail/Text: mrdiscen@discover.com Jan 29 2020 03:13:47     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
14362917       +E-mail/PDF: pa_dc_ed@navient.com Jan 29 2020 03:16:51     Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14366918        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:16:53     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14390853       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 03:14:01     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14399162        E-mail/PDF: pa_dc_claims@navient.com Jan 29 2020 03:16:51
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14398338        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:17:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14399926        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:17:45      PYOD, LLC,
                 Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14397060       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:16:53      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14382938       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 03:14:04     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14364417        E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 03:13:51
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
14364416        E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 03:13:52
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14367121       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2020 03:18:46     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14362925       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 29 2020 03:13:46
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
14362926       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 29 2020 03:13:46
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14399924        Greenville, SC 29603-0587
14399923        PO BOX 10587
14399922        PYOD, LLC,    Resurgent Capital Services
```

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2              Date Rcvd: Jan 28, 2020
                              Form ID: 210U             Total Noticed: 31

14390918*      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                          TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MICHAEL T. MALARICK    on behalf of Debtor Francis  Rayner michael@malaricklaw.com,
           t.mr70336@notify.bestcase.com
          MICHAEL T. MALARICK    on behalf of Joint Debtor Terri  Rayner michael@malaricklaw.com,
           t.mr70336@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Francis Rayner and Terri Rayner          Case No: 19−14659−mdc

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 1/28/20

For The Court

Timothy B. McGrath
Clerk of Court

31
Form 210U