```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                         Case No. 19-14659-mdc
Francis Rayner                                                 Chapter 7
Terri Rayner
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0313-2         User: Lisa             Page 1 of 2             Date Rcvd: Jan 29, 2020
                             Form ID: 309A          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb         +Francis Rayner,   Terri Rayner,   136 Willowbrook Rd,   Clifton Heights, PA 19018-2511
14362916       +Continental Finance Co,   Po Box 8099,   Newark, DE 19714-8099
14362922       +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14390190       +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
14362923       +Midland Mortgage Co.,   Attn: Cutomer Service/Bankruptcy,   P.O. Box 26648,
                 Oklahoma City, OK 73126-0648
14365248       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
14374702        UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON, WI 53708-8973
14362924       +USDOE/GLELSI,   Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: michael@malaricklaw.com Jan 30 2020 03:27:02      MICHAEL T. MALARICK,
                 Michael T. Malarick, Esq. PC,   2211 Chichester Ave.,   Suite 201-B,   Boothwyn, PA  19061
tr             +EDI: FGARYFSEITZ.COM Jan 30 2020 08:13:00      GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,   8 Penn Center,   1628 John F. Kennedy Blvd,
                 Suite 1901,   Philadelphia, PA 19103-2113
smg             E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:19
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 30 2020 03:27:24      United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14362918        EDI: DISCOVER.COM Jan 30 2020 08:13:00      Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
14362917       +EDI: NAVIENTFKASMDOE.COM Jan 30 2020 08:13:00      Dept of Ed / Navient,   Attn: Claims Dept,
                 Po Box 9635,   Wilkes Barr, PA 18773-9635
14362919       +EDI: AMINFOFP.COM Jan 30 2020 08:13:00      First PREMIER Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
14362920       +EDI: IIC9.COM Jan 30 2020 08:13:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
14362921       +EDI: IIC9.COM Jan 30 2020 08:13:00      I C System Inc,   Attn: Bankruptcy,   Po Box 64378,
                 St Paul, MN 55164-0378
14366918        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:37      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14390853       +EDI: MID8.COM Jan 30 2020 08:13:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14399162        EDI: NAVIENTFKASMSERV.COM Jan 30 2020 08:13:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
14398338        EDI: PRA.COM Jan 30 2020 08:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
14399926        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:59      PYOD, LLC,
                 Resurgent Capital Services,   PO BOX 10587,   Greenville, SC 29603-0587
14397060       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:36      PYOD, LLC,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14382938       +EDI: JEFFERSONCAP.COM Jan 30 2020 08:13:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14382938       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 30 2020 03:27:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14364417        EDI: Q3G.COM Jan 30 2020 08:13:00      Quantum3 Group LLC as agent for,   MOMA Trust LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14364416        EDI: Q3G.COM Jan 30 2020 08:13:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14370069       +EDI: DRIV.COM Jan 30 2020 08:13:00      Santander Consumer USA Inc.,   P.O. Box 560284,
                 Dallas, TX 75356-0284
14367121       +EDI: AIS.COM Jan 30 2020 08:13:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14362925       +EDI: VERIZONCOMB.COM Jan 30 2020 08:13:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
14362926       +EDI: VERIZONCOMB.COM Jan 30 2020 08:13:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 25
```

```
District/off: 0313-2          User: Lisa               Page 2 of 2                Date Rcvd: Jan 29, 2020
                              Form ID: 309A            Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14399924          Greenville, SC 29603-0587
14399923          PO BOX 10587
14399922          PYOD, LLC,    Resurgent Capital Services
14390918*        +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:

```
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHAEL T. MALARICK    on behalf of Debtor Francis   Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Joint Debtor Terri   Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                            TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Francis Rayner** | Social Security number or ITIN | xxx–xx–4757 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Terri Rayner** | Social Security number or ITIN | xxx–xx–6518 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **7/25/19** |
| Case number: | **19–14659–mdc** | Date case converted to chapter **7** | **1/25/20** |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Francis Rayner | Terri Rayner |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 136 Willowbrook Rd<br>Clifton Heights, PA 19018 | 136 Willowbrook Rd<br>Clifton Heights, PA 19018 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL T. MALARICK<br>Michael T. Malarick, Esq. PC<br>2211 Chichester Ave.<br>Suite 201–B<br>Boothwyn, PA 19061 | Contact phone 610 715 9960<br><br>Email:  michael@malaricklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | Contact phone 215–238–0011<br><br>Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 1/29/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 27, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/27/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                           page **2**