**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Francis & Terri Rayner            :        Chapter: 7
                                         :
    Debtor(s)                            :        Bankruptcy No.: 19-14659-MDC
                                         :
                                         :

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at several scheduled §341 Meetings of Creditors on 2/27/20, 3/12/20, 3/26/20, 4/9/20, and 4/23/20.

                            ANDREW R. VARA
                            United States Trustee for Regions 3 and 9


                            By: */s/ Maria Borgesi*
                               Maria Borgesi
                               Paralegal