**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terry Rayner, | : | |
| Debtors. | : | Bankruptcy No. 19-14659-MDC |

**ORDER TO SHOW CAUSE WHY**
**DEBTORS' CASE SHOULD NOT BE DISMISSED**

**AND NOW**, the docket reflecting that the Debtors have failed to appear at five scheduled §341 Meeting of Creditors on February 27, 2020, March 12, 2020, March 26, 2020, April 9, 2020 and April 23, 2020.

It is hereby **ORDERED** that a hearing shall be held on **July 1, 2020, at 10:30 a.m.**, in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom 2, Philadelphia, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtors fail to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: June 3, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912